IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRIS YOUNG,

      Plaintiff,

vs.                                                  No. CIV 11-0758 JB/LFG

EXTRA SPACE MANAGEMENT, INC.,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Plaintiff's Stipulated Notice of Dismissal, filed January 31, 2012 (Doc. 31)("Notice of Dismissal"). In the Notice of Dismissal, Plaintiff Chris Young and Defendant Extra Space Management, Inc., "pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)," stipulate "to the dismissal, with prejudice, of the" case. Notice of Dismissal at 1. Because the Notice of Dismissal disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that all claims Plaintiff Chris Young has asserted against Defendant Extra Space Management, Inc. and this case are hereby dismissed with prejudice, and final judgment is entered.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

*Parties and Counsel*:

Chris Young
Santa Fe, New Mexico

      *Plaintiff pro se*

Quentin Smith
Sheehan & Sheehan, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*